UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

FAUSTO ARAMBULA-CONTRERAS,

            Defendant.

CASE NO. 08CR3701-L

JUDGMENT OF DISMISSAL

FILED
08 DEC -9 AM 9:30
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 8:1326 (a) AND (b)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/8/08

                                  JAN M. ADLER
                                  UNITED STATES DISTRICT JUDGE

                                  ENTERED ON _____